UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

INDIANA HOTEL EQUITIES, LLC,

        Debtor.
_____/

Case No. 18-45185

Chapter 11

Judge Thomas J. Tucker

INDIANA HOTEL EQUITIES, LLC,

        Plaintiff,

vs.

INDIANAPOLIS AIRPORT AUTHORITY, *et al.*,

        Defendants.
_____/

Adv. Pro. No. 18-4313

**ORDER DISMISSING ADVERSARY PROCEEDING
FOR LACK OF SUBJECT MATTER JURISDICTION**

    This adversary proceeding is before the Court on the Court's own motion, for review of subject matter jurisdiction. Plaintiff filed its Complaint commencing this adversary proceeding on July 11, 2018. On November 2, 2018, the main bankruptcy case (Case No. 18-45185) was dismissed. Because the main bankruptcy case has been dismissed, there is no longer pending any "case under title 11" within the meaning of 28 U.S.C. §§ 1334(a), 157(a) and 157(b)(1). As a result, this adversary proceeding can no longer be considered a proceeding "arising under title 11, or arising in or related to" a case under title 11 within the meaning of 28 U.S.C. §§ 1334(b), 157(a) and 157(b)(1).

    For this reason, the Court concludes that it no longer has subject matter jurisdiction of this adversary proceeding, and so it must be dismissed. Accordingly,

IT IS ORDERED that this adversary proceeding is dismissed.

**Signed on November 2, 2018**



/s/ Thomas J. Tucker
**Thomas J. Tucker
United States Bankruptcy Judge**

2